David N. Cinotti
PASHMAN STEIN WALDER HAYDEN, P.C.
Court Plaza South
21 Main Street, Suite 200
Hackensack, New Jersey 07601
(201) 270-4901
dcinotti@pashmanstein.com

*Attorneys for Applicant RH2 Participações Societárias Ltda.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re Application of RH2 PARTICIPAÇÕES SOCIETÁRIAS LTDA.<br><br>Applicant,<br><br>For the Issuance of Subpoenas for the Production of Documents and Testimony for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782. | Civil Action No. 23-4025(GC)<br><br>**~~[proposed]~~ ORDER** |

Upon consideration of the application for an order under 28 U.S.C. § 1782 (the "Application") seeking discovery from Koliver & Co. LLC and Edward Koliver, submitted by RH2 Participações Societárias Ltda. ("Applicant"), and all papers submitted in support thereof, this Court finds that (1) the mandatory statutory requirements under 28 U.S.C. § 1782 have been satisfied, and (2) the *Intel* discretionary factors relevant to this Application favor granting the Application.

It is therefore **ORDERED** that:

1. the Application is **GRANTED**; and

2. Applicant is authorized to date and serve on Koliver & Co. LLC and Edward Koliver the subpoenas annexed as Exhibits 3, 4, and 5 to the Declaration of David N. Cinotti in accordance with the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: October 26, 2023

USMJ

United States Magistrate Judge

-terminates dkt. no. 1 and closes this action.