**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re Application of RH2 PARTICIPAÇÕES SOCIETÁRIAS LTDA.,<br><br>Applicant,<br><br>For the Issuance of Subpoenas for the Production of Documents and Testimony for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782. | Civil Action No. 23-4025 (GC) (JTQ)<br><br>**ORDER** |

**CASTNER, District Judge**

**THIS MATTER** comes before the Court upon Applicant RH2 Participações Societárias Ltda.'s (RH2) appeal of the Magistrate Judge's April 7, 2026 text order denying Applicant's request to obtain documents from Brazilian entity Koliver Consultoria e Participações Ltda. (KCP). (ECF No. 42.) Respondents Koliver & Co. LLC (KCO) and Edward Koliver opposed and RH2 replied. (ECF Nos. 43, 48.) The Court has carefully reviewed the parties' submissions and decides the matter without oral argument pursuant to Federal Rule of Civil Procedure (Rule) 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

**IT IS** on this 15th day of October, 2026 **ORDERED** as follows:

1. Plaintiff's Motion (ECF No. 42) is **DENIED** without prejudice.
2. The Clerk's Office is directed to **TERMINATE** the Motion pending at ECF No. 42.

3. The Clerk's Office is directed to **REOPEN** this action and upon entry of this Order, the case shall be marked as **CLOSED**.

**GEORGETTE CASTNER**
**UNITED STATES DISTRICT JUDGE**